pus should issue as prayed. *Joseph C. Evans, Jr.,* pro se, petitioner.

APPEAL No. 496. ROBERT FIELDS *v.* S & M FOODS, INC. Motion to dismiss defendant's appeal denied. *Toro & Crouchley, Eugene F. Toro,* for plaintiff. *Saul Hodosh,* for defendant.

APPEAL No. 523. JOSEPH J. MACIOCI, *Guardian Ad Litem* v. A. L. GREENBERG, *et al., Administrators.* Motion to dismiss appellant's appeal granted. *Macioci and Grimm, E. Paul Grimm,* for plaintiff-appellant. *Moore, Virgadamo, Boyle & Lynch, Francis J. Boyle,* for defendants-appellees.

## October 22, 1968.

M. P. No. 499. VINCENZO DeRENTIIS, ELIZABETH A. DeRENTIIS *v.* ERNEST B. LEWIS, NATIONAL UNION FIRE INSURANCE COMPANY. Certiorari granted. *Kenneth J. Macksoud, Thomas H. Rosenfield,* for plaintiffs-appellees. *Gunning & LaFazia, Bruce M. Selya, John F. McDonough,* for defendants-appellants.

M. P. No. 507. CHARLES G. BARR, CHARLES H. GREAVES, *individually and as Administrator v.* IRENE DELFARNO, *Administratrix.* Certiorari denied. *Arthur N. Votolato, John Quattrocchi, Jr.,* for petitioners. *Victor J. Beretta, City Solicitor,* for respondent.

M. P. No. 530. DANIEL MONTECALVO *v.* FLORENCE K. MURRAY, *Justice,* Superior Court. Mandamus denied. *Daniel Montecalvo,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 549. ARTHUR COLLINS *v.* ULYSSE LICHTY. Certiorari denied. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiff-appellee. *Higgins, Cavanagh & Cooney, Kenneth P. Borden,* for defendant-appellant.

APPEAL No. 487. ELVIRA MATTHEWS *v.* JOHN MATTHEWS. Motion to dismiss respondent's appeal denied. *Lloyd A. G. Rustigian,* for petitioner-appellee. *Joseph G. LeCount,* for respondent-appellant.